AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

DIAMOND ELECTRIC, INC.,
a Nevada corporation,,

       Plaintiff,

V.

PACE PACIFIC CORPORATION,
an Arizona corporation, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00643-BES-RAM**

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant Pace's Motion for Summary Judgment is GRANTED.

   March 4, 2008                                         **LANCE S. WILSON**
                                                                                       Clerk

                                                                                     /s/ Daniel R. Morgan
                                                                                  Deputy Clerk